IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:08cr012-WKW |
| | ) | |
| PHILLIP RISTER | ) | |

## **ORDER**

Upon consideration of defendant's motion to modify conditions of pretrial release (Doc. # 20), filed July 16, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED as follows:

The defendant shall have no direct or indirect contact with minors without direct supervision of Dennis Rister, Leilani Brooks, or another responsible adult approved in advance by the U. S. Probation Officer.

DONE, this 28th day of July, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE