IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA           )
                                   )
        v.                         )       CASE NO. 1:08-cr-12-WKW
                                   )
PHILLIP RISTER                     )

## ORDER

Pursuant to the defendant's Notice of Intent to Change Plea (Doc. #22), it is hereby

ORDERED that the defendant, PHILLIP RISTER, appear with counsel before the

undersigned United States District Judge on August 26, 2008, at 3:00 p.m. in Courtroom 2E

of the Frank M. Johnson, Jr. United States Courthouse, One Church Street, Montgomery,

Alabama, to enter a change of plea.

The Clerk is directed to provide a court reporter for this proceeding.  If the

defendant is in custody, the United States Marshal or the person having custody of the

defendant shall produce the defendant for this proceeding.

Counsel for the defendant is DIRECTED to confer with the defendant prior to the

proceeding set in this order and: (1) advise the defendant about the Sentencing Guidelines,

and the fact that while the Sentencing Guidelines are no longer mandatory, the Guidelines

remain an important factor the court considers in determining a reasonable sentence; (2)

advise the defendant that in determining a reasonable and appropriate sentence, the court will

consider the sentencing factors set forth in 18 U.S.C. § 3553(a) in addition to the Guidelines;

and (3) explain to the defendant each of those factors specifically, including (a) the nature

and circumstances of the offense and the history and characteristics of the defendant; (b) the need to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; (c) the need for deterrence; (d) the need to protect the public; (e) the need to provide the defendant with needed educational or vocational training or medical care; (f) the kinds of sentences available; (g) the need to avoid unwanted sentencing disparities; and (h) the need to provide restitution to victims.

DONE this 19th day of August, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE