IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:08cr12-WKW |
| | ) | |
| PHILLIP RISTER | ) | |

**ORDER**

For good cause, it is

ORDERED that the order setting a change of plea for August 26, 2008 (Doc. # 23), be and hereby is VACATED. A change of plea before a District Judge will be set by separate order.

DONE, this 19th day of August, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE