IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:08-cr-12-WKW |
| | ) | |
| PHILLIP RISTER | ) | |

## **ORDER**

Upon consideration of the Motion to Strike Forfeiture Allegation (Doc. # 30) filed by the Government, it is ORDERED that the motion is GRANTED and that the forfeiture allegation from the Indictment (Doc. # 1) is STRICKEN.

Done this 2nd day of September 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE